BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America




IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1: 14 CR 00122 - AWI BAM

| UNITED STATES OF AMERICA, | CASE NO. |
|---|---|
| Plaintiff, | MOTION AND ~~PROPOSED~~ ORDER TO SEAL INDICTMENT |
| v. | |
| LAWRENCE ALEXANDER TIDWELL, | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on June 12, 2014, charging the above defendant with a violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)-Manufacture of Marijuana; 21 U.S.C. § 841(a)(1) and (b)(1)(A)-Possession With Intent to Distribute Marijuana and 18 U.S.C. § 922(g)(1)-Felon in Possession of Firearm and a Criminal Forfeiture allegation be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is

1 | in custody or has been given bail, that no person shall disclose the
2 | finding of the Indictment or any warrant issued pursuant thereto,
3 | except when necessary for the issuance and execution of the warrant.
4 | DATED: June 12, 2014           Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By  /s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  June 12, 2014

_____
U.S. Magistrate Judge