BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED
JUN 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00122-AWI-BAM |
|---|---|
| Plaintiff, | MOTION TO UNSEAL INDICTMENT; [PROPOSED] ORDER |
| v. | |
| LAWRENCE ALEXANDER TIDWELL,, | |
| Defendant. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the indictment under seal.

Based on the foregoing, the United States respectfully requests that the indictment be unsealed and made public record.

Dated: June 18, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

IT IS HEREBY ORDERED that the case be unsealed and be made public record.

DATED: 6/18, 2014

HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE

MOTION TO UNSEAL INDICTMENT; ORDER          1