HEATHER E. WILLIAMS, #122664
Federal Defender
ANN H. MCGLENON, #100433
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950
ann.mcglenon@fd.org

Attorney for Defendant
LAWRENCE TIDWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-00122 AWI-BAM-1 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE MOTIONS BRIEFING SCHEDULE AND MOTION HEARING;  ORDER |
| vs. | ) ) |  |
| LAWRENCE TIDWELL, | ) ) | DATE:       April 6, 2015 |
| Defendant. | ) ) ) | TIME:        10:00 a.m. JUDGE:      Honorable Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Laurel J. Montoya, Counsel for Plaintiff, and Assistant Federal Defender Ann H. McGlenon, Counsel for Defendant Lawrence Tidwell, that the motion hearing scheduled for February 17, 2015 at 10:00 a.m., before Honorable Anthony W. Ishii may be continued to April 6, 2015 at 10:00 a.m.  It is further stipulated that the motions briefing schedule be set as follows:

　　　Defendant's Motion:　　　February 26, 2015

　　　Government's Response:　　　March 19, 2015

　　　Defendant's Reply:　　　March 30, 2015

　　　Motion Hearing:　　　April 6, 2015, at 10:00 a.m.

The reason for this continuance is that the review of the file and background regarding the warrant, the property, the statements and items seized is more complicated than counsel

originally believed.  Trial hearings and motions in other matters have also interfered with the preparation of motions.  The requested continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

Dated:  February 5, 2015            /s/ *Laurel J. Montoya*
                                    LAUREL J. MONTOYA
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated:  February 5, 2015            /s/ *Ann H. McGlenon*
                                    ANN H. MCGLENON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    LAWRENCE TIDWELL

O R D E R

IT IS SO ORDERED.  For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).

IT IS SO ORDERED.

Dated:   February 5, 2015            _____
                                     SENIOR  DISTRICT  JUDGE