# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LAWRENCE ALEXANDER TIDWELL,<br><br>Defendant | CASE NO. 1:14-CR-0122 AWI BAM<br><br>ORDER ON MOTION FOR COPY OF SENTENCING TRANSCRIPT<br><br>(Doc. No. 30) |

On July 6, 2015, Defendant pled guilty to violations of 21 U.S.C. § 841 (manufacture of marijuana) and 18 U.S.C. § 922 (felon in possession of a firearm). On October 26, 2015, Defendant was sentenced to a term of 96 months in prison. Judgment and commitment were entered on October 27, 2015.

On April 29, 2019, Defendant filed a pro se motion for copies of the sentencing transcript. See Doc. No. 30. However, the motion consists of a single sentence wherein Petitioner moves "to release and provide a copy of his Sentencing Transcripts." Doc. No. 30.[1] Because there is no explanation given or authority cited for the request, there is no basis for the Court to grant Defendant's request.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion for copies (Doc. No. 30) is DENIED.

IT IS SO ORDERED.

Dated:  May 1, 2019

_____
SENIOR DISTRICT JUDGE

---

[1] To the extent that Defendant may believe that the sentencing transcript has been entered on the docket, the Court can confirm that no transcripts have been entered into the docket of this case.