HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00122-AWI-BAM |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| LAWRENCE ALEXANDER TIDWELL, | |
| Defendant. | |

Defendant, Lawrence Alexander Tidwell, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel. It is Mr. Tidwell's understanding that his probation officer asked him to contact our office to get counsel appointed to pursue early termination of his supervised release.

On October 26, 2015, Mr. Tidwell was sentenced to 96 months in custody and 48 months of supervised release. He began serving his term of supervised release on April 9, 2021. Mr. Tidwell submits the attached Financial Affidavit as evidence of his inability to retain counsel currently. After reviewing his *Financial Affidavit*, it is respectfully recommended that CJA panel counsel be appointed.

DATED: September 26, 2022          */s/ Eric V Kersten*
                                    ERIC V. KERSTEN
                                    Assistant Federal Defender
                                    Branch Chief, Fresno Office

1

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoints CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **September 27, 2022**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE