UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>LAWRENCE ALEXANDER TIDWELL,<br><br>*Defendant*. | Case No. 1:14-CR-0122 JLT/BAM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE PURSUANT TO 18 U.S.C. §3583(e)(1)<br>(Docs. 38, 40) |

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges LAWRENCE ALEXANDER TIDWELL for the reasons set forth in his motions and based upon the non-opposition to the request by the assigned probation officer and the assigned Assistant United States Attorney.

IT IS SO ORDERED.

Dated: July 5, 2023

UNITED STATES DISTRICT JUDGE