Carolyn D. Phillips #103045
Attorney at Law
P.O. Box 5622
Fresno, California  93755-5622
Telephone:  559/248-9833
cdp18@sbcglobal.net

Attorney for LAWRENCE TIDWELL

# IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES,

    *Plaintiff,*

    v.

LAWRENCE TIDWELL,

    *Defendant.*

_____

Case No. 1:14-cr-122 JLT

**MOTION TO TERMINATE CJA
APPOINTMENT OF CAROLYN PHILLIPS
AS ATTORNEY OF RECORD AND ORDER**

On October 4, 2022, attorney Carolyn Phillips was appointed by this Court to represent defendant LAWRENCE TIDWELL in obtaining early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1).  Doc. 36.  Counsel researched and prepared all necessary pleadings requesting an order granting an unopposed motion for early termination of supervised release.  Doc.40. The motion was granted July 5, 2023.  Doc. 41.

*MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND [PROPOSED ORDER]*

1

The period within which to file a notice of appeal has passed.  There is no further action to be taken in this matter.  Having completed her representation of Mr. Tidwell, CJA attorney Carolyn Phillips now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Tidwell require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559)487-5561 (collect) or (858)656-4360 (toll-free), which if appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

Dated:     August 28, 2023                    Respectfully submitted,

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
LAWRENCE TIDWELL

*MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY OF RECORD AND [PROPOSED ORDER]*

2

1

ORDER

2       Having reviewed the notice and found that attorney Carolyn Phillips has

3    completed the services for which she was appointed, the Court hereby grants attorney

4    Carolyn Phillips's request for leave to withdraw as defense counsel in this matter.

5    Should Defendant seek further legal assistance, Defendant is advised to contact the

6    Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street,

7    Suite 330, Fresno, CA 93721.  The phone number for the office is (559)487-5561 (collect)

8    or (858)656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment

9    of counsel to assist Defendant.

10       The Clerk of the Court is directed to serve a copy of this order on Defendant

11    Tidwell at the following address and to update the docket to reflect Defendant's pro se

12    status and contact information.

13

14       Lawrence Tidwell
         40484 Joan Drive
15       Oakhurst, CA  93644

16       IT IS SO ORDERED.

17

         Dated:   August 29, 2023

18
                                        JENNIFER L. THURSTON
19                                      U.S. District Court Judge

20

21

22   *MOTION TO TERMINATE CJA APPOINTMENT OF CAROLYN PHILLIPS AS ATTORNEY*   3
     *OF RECORD AND [PROPOSED ORDER]*

23